**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| MOHAMAD A. AKBIK, | |
| Plaintiff, | CIVIL ACTION NO.: 4:26-cv-043 |
| v. | |
| SAVANNAH E. MILTON, | |
| Defendant. | |

**O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 4.)  Defendant has not filed an answer or a motion for summary judgment.  (See docket.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action has been **DISMISSED WITHOUT PREJUDICE**.  See Fed. R. Civ. P. 41(a)(1)(B).  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 17th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA